**John D. CHAPMAN, Plaintiff–Appellant,**

v.

**AI TRANSPORT; American International Adjustment Company, Inc., et al., Defendants–Appellees,**

**Nos. 97–8838, 97–9086 and 97–9269.**

United States Court of Appeals, Eleventh Circuit.

April 3, 2000.

R. Lawrence Ashe, Jr., Nancy E. Rafuse, William B. Hill, Jr., Paul, Hastings, Janofsky & Walker, LLP, Michael Dubus,

Atlanta, GA, David N. Schaeffer, Kidd & Vaughan, Atlanta, GA, for Plaintiff–Appellant.

James J. Oh, Allison Zousmer Stein, P. Kevin Connelly, Martin Harris, Connelly, Sheehan & Moran, Chicago, IL, for Defendants–Appellees.

Before ANDERSON, Chief Judge, and TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL and MARCUS, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.

**J.A. Wheeler, Officer, Defendant–Appellee, Cross–Appellant.**